IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BETTY JEAN PEYTON, Administratrix of the Estate of WILLIAM LESTER PEYTON | : | Case No. C-1-01-081 |
| | : | (Judge Beckwith) |
| Plaintiff, | : | (Magistrate Judge Sherman) |
| vs. | : | <u>NOTICE OF CHANGE OF ADDRESS</u> |
| RAYMOND C. SNYDER, et al. | : | |
| Defendants. | : | |

Comes now Richard B. Bardach, counsel for Plaintiff, and notifies this Honorable Court of the change of his office address, effective August 29, 2003.

Counsel's new address is:

> Richard B. Bardach
> Whitman Law Offices
> 3536 Edwards Road
> Suite 100
> Cincinnati, Ohio 45208
> Email Address: richardbardach@aol.com
> Telephone: (513) 321-3940
> Facsimile: (513) 321-3929

Respectfully submitted,

*/s/ Richard B. Bardach*

RICHARD B. BARDACH (0064971)
Attorney for Plaintiffs
3536 Edwards Road, Suite 100
Cincinnati, Ohio 45208
(513) 321-3940

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Change of Address has been served upon Vincent J. Lodico, Crabbe, Brown & James, attorneys for Defendant Correctional Medical Systems, Inc., 500 South Front Street, Suite 1200, Columbus, Ohio 43215, by ordinary U.S. mail on this 17th day of September, 2003.

*/s/ Richard B. Bardach*

RICHARD B. BARDACH (0064971)
Attorney for Plaintiff