IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| William Lester Peyton, et. al. | : | |
| Plaintiffs, | : | Case No: C-1-01-081 |
| v. | : | Judge Sandra Beckwith |
| Correctional Medical Services, Inc., et al.: | | Magistrate Sherman |
| Defendants. | : | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(A)(1), the parties hereby stipulate to a dismissal as to Correctional Medical Services, Inc., said dismissal it to be with prejudice to further action. *Costs to Defendant CMS, Inc.*

Respectfully submitted,

_____
BRUCE B. WHITMAN (0003662)
RICHARD B. BARDACH (0064971)
Whitman Law Offices
3536 Edwards Road, Suite 100
Cincinnati, Ohio 45208
(513) 421-3940 telephone
(513) 381-8619 fax
*Attorneys for Plaintiff,*
*William Lester Peyton, et al.*

_____
VINCENT J. LODICO (0021812)
Crabbe, Brown & James
500 South Front Street, Suite 1200
Columbus, OH 43215
(614) 229-4536 telephone
(614) 229-4559 fax
*Attorney for Defendant, CMS*

209645
1241-27639